# Court of Appeals
# of the State of Georgia

ATLANTA, February 26, 2014

*The Court of Appeals hereby passes the following order*

**A14D0231. AUTOMATION PERSONNEL SERVICES et al. v. RODERICK WOMBLE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2013CV237843



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, February 26, 2014.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*